**Appeal Dismissed and Opinion Filed January 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____
### No. 05-12-01483-CR
_____

## MARCUS DEMARIUS ANDERSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

_____

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F07-53637-N
_____

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

121483F.U05